THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

USHA SANGANI,

    Plaintiff,

v.                                                                Civil Action No. 2:12-9143

PROFICIENT BUSINESS SYSTEM, INC.,
DELOITTE CONSULTING EXTENDED
BUSINESS SERVICES, LLC, DELOITTE
CONSULTING L.P., DELOITTE CONSULTING LLP,
and DELOITTE CONSULTING PRODUCT SERVICES, LLC,

    Defendants.

## AGREED DISMISSAL ORDER

The parties, Plaintiff Usha Sangani, by her counsel, Maria Hughes, Esq., and Defendants Proficient Business System, Inc., Deloitte Consulting Extended Business Services, LLC, Deloitte Consulting L.P., Deloitte Consulting LLP, and Deloitte Consulting Product Services, LLC, by their counsel, Justin M. Harrison, Esq., have prepared this Agreed Dismissal Order and represented to the Court that all matters and controversies pending in this action have been resolved and settled between them, and therefore the parties jointly move the Court to dismiss this civil action with prejudice.

It is therefore ORDERED that pursuant to the representations and joint motion of counsel for the parties that their motion is granted and this civil action is dismissed with prejudice, and stricken from the docket of this Court.

The Clerk of the Court is directed to send certified copies of this Order to all counsel of record.

ENTER: This 13th day of September, 2013.

_____
JOHN T. COPENHAVER, JR., UNITED STATES
DISTRICT JUDGE

AGREED DISMISSAL ORDER PREPARED BY:

*/s/Justin M. Harrison*
Justin M. Harrison (WVSB #9255)
Bowles Rice LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325-1386
Telephone: (304) 347-1100
Facsimile: (304) 347-1756
E-mail: jharrison@bowlesrice.com

REVIEWED AND APPROVED BY:

*/s/Maria Hughes*
Maria Hughes (WVSB: 7298)
Hughes & Golder PLLC
P.O. Box 11662
Charleston, West Virginia 25339
Telephone: (304) 400-4816
Facsimile: (304) 205-7729

5499117.1